UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANDRE ROBINSON,

    Plaintiff,

v.

Case No. 25-cv-12034
Hon. Matthew F. Leitman

PASCHAL SECURITY
SYSTEMS, LLC,

    Defendant.
_____/

## ORDER (1) TERMINATING PLAINTIFF'S MOTION TO COMPEL WITHOUT PREJUDICE (ECF No. 15) AND (2) DIRECTING PARTIES TO MEET AND CONFER

On December 18, 2025, the Court held an on-the-record status conference in this action. For the reasons explained during the conference, **IT IS HEREBY ORDERED** as follows:

- Plaintiff's motion to compel discovery (ECF No. 15) is **TERMINATED WITHOUT PREJUDICE**; and

- The parties are directed to conduct a substantive meet and confer to discuss and to attempt to resolve the discovery issues raised in Plaintiff's motion. The meet and confer shall take place no earlier than **January 5, 2026**, and no later than **January 16, 2026**. Plaintiff may re-file his motion, if necessary, following that meet and confer.

=

Dated: December 18, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2025, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126