## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

D'ANDRE ROBINSON,

       Plaintiff,

v.

PASCHAL SECURITY SYSTEMS, LLC,

       Defendant.

Case No. 25-cv-12034
Hon. Matthew F. Leitman

---

## ORDER GRANTING PLAINTIFF MOTION TO EXTEND DEADLINES

Before the Court is the Plaintiff's Motion to Extend Deadlines. After careful review, and good cause appearing.

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadlines have been revised as follows:

| Event | Original Deadline | Requested Extended Deadline |
|---|---|---|
| Fact Discovery | March 20, 2026 | June 18, 2026 |
| Rule 26(a)(2) Proponent Expert Disclosures | April 20, 2026 | July 17, 2026 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | May 20, 2026 | August 18, 2026 |
| Expert Discovery Cutoff | June 22, 2026 | September 18, 2026 |
| Dispositive Motions and Challenges to Experts | July 24, 2026 | October 22, 2026 |

1

| Rule 26(a)(3) Pretrial Disclosures | October 16, 2026 | January 14, 2027 |
|---|---|---|
| Motions in Limine | November 6, 2026 | February 4, 2027 |
| Final Pretrial Order | November 30, 2026 | March 3, 2027 |
| Final Pretrial Conference | December 14, 2026 | March 17, 2027, at 1:30 p.m. |
| Trial Date | January 12, 2026 | April 13, 2027, at 9:00 a.m. |

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 6, 2026

2